(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

MR. DANiEL RAY EYSTER

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

JAMES T. VAughN CORRectioNAl CeNTeR
1181 PAddock Road
SmyRNiA, DelAwARe 19977

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

Civ. Action No. _____
(To be assigned by Clerk's Office)

# COMPLAINT
*(Pro Se Prisoner)*

Jury Demand?
☒ Yes
☐ No

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

---

Page 1 of 10

Daniel Eyster  10-18-18

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

### I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

Check one:

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

### II. PLAINTIFF INFORMATION

EYSTER, DANIEL RAY         "DANNY"
Name (Last, First, MI)                    Aliases

00399640
Prisoner ID #

JAMES T. VAUGHN CORRECTIONAL CENTER
Place of Detention

1181 Paddock Road
Institutional Address

SMYRNA         Delaware         19977
County, City    State           Zip Code

### III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

Page 2 of 10

Daniel Eyster  10-18-18

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: __James T. Vaughn Medical Department__
Name (Last, First)

__None__
Current Job Title

__None__
Current Work Address

_____
County, City             State             Zip Code

Defendant 2: _____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
County, City             State             Zip Code

Page 3 of 10

✱ _Daniel Crypta_ 10-18-18

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

**Defendant(s) Continued**

Defendant 3: James T. Vaughn Medical Department
Name (Last, First)

None
Current Job Title

None
Current Work Address

_____  _____  _____
County, City            State              Zip Code

Defendant 4: _____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____  _____  _____
County, City            State              Zip Code

※ Daniel Guyster 10-18-18

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## V. STATEMENT OF CLAIM

Place(s) of occurrence: J.T.V.C.C

Date(s) of occurrence: 2015 - 2018 on-going!

State which of your federal constitutional or federal statutory rights have been violated:

Being Denied Medica Attention

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

> What happened to you?

I have A serious Life Threating medical Condition, with my Vowels, I have Problems using The Tolet, For the past 3-years Ive Been ignored By This Medical Department At J.T.V.C.C, I need To Be seen By A outside Professhinal, Doctor That specilizes in Vowels, my First complaint Grievance was in 2015-2016-18 my Latest Grievance was Filed on 10-13-18

Page 5 of 10

Daniel [signature] 10-18-18

JTVCC James T. Vaughn Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 10/15/2018

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : EYSTER, DANIEL R | SBI# : 00399640 | Institution : JTVCC |
| Grievance # : 423854 | Grievance Date : 10/13/2018 | Category : Individual |
| Status : Unresolved | Resolution Status : | Resol. Date : |
| Grievance Type: Health Issue (Medical) | Incident Date : 10/13/2018 | Incident Time : |
| IGC : Burley, Katrina | Housing at the time of Grievance : Bldg 23, Lower, Tier D, Cell 3, Bottom | |
| Grievance Loc : JTVCC -23 | Current Housing : Bldg 23, Lower, Tier D, Cell 3, Bottom | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate claims..I am requesting to be taken to see an outside specialist to be treated for this major problem ASAP.
See scanned document at top under scanner.

**Remedy Requested** :

### ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES          **Date Received by Medical Unit :** 10/15/2018

**Grievance Amount :**

## INFORMAL RESOLUTION

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| Offender Name : EYSTER, DANIEL R | SBI# : 00399640 | Institution : JTVCC |
| Grievance # : 423854 | Grievance Date : 10/13/2018 | Category : Individual |
| Status : Unresolved | Resolution Status: | Inmate Status : |
| Grievance Type: Health Issue (Medical) | Incident Date : 10/13/2018 | Incident Time : |
| IGC : Burley, Katrina | Housing at the time of Grievance : Bldg 23, Lower, Tier D, Cell 3, Bottom | |
| Grievance Loc : JTVCC -23 | Current Housing : Bldg 23, Lower, Tier D, Cell 3, Bottom | |

### INFORMAL RESOLUTION

**Investigator Name** : Brackett, Laura L RN          **Date of Report:**

**Investigation Report :**

**Reason for Referring:**

Offender's Signature:_____

Date : _____

Witness (Officer) : _____

Page 1 of 2          *Daniel Eyster* 10-18-18

FORM #585

## MEDICAL GRIEVANCE FORM

FACILITY: James T. Vaughn Correctional Center DATE: 10-13-2018

GRIEVANT'S NAME: Daniel Ray Eyster SBI #: 00399640

CASE #: 423854 TIME OF INCIDENT: 8:45 P.M.

HOUSING UNIT: Bldg #23-D-Tier-Cell L-3

[X] MEDICAL [ ] MENTAL HEALTH [ ] DENTAL

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On around early part of 2016 I inform the medical staff that I've been having problems using the toilet. I was told that I was on the list to be seen by an outside doctor and I haven't been seen by an outside doctor as of this date 10-13-2018.

Doing the 3 year period all this medical department has been doing is giving me some kind of cream instead of making sure that the problem was being treated properly.

This is a medical problem that is life threaten and really needs to be address as soon as possible.

GRIEVANT'S SIGNATURE: Daniel Eyster DATE: 10-13-2018

ACTION REQUESTED BY GRIEVANT:

I am requesting to be taken out to see an outside specialist to be treated for this major problem as soon as possible.

GRIEVANT'S SIGNATURE: _____ DATE: _____

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANTS'S SIGNATURE: _____ DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE MEDICAL GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

RECEIVED
OCT 15 20__
INMATE GRIEVANCE OFFIC

Daniel Eyster 10-18-18

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

| Who did what? |

☆ *Dariel [signature] 10-18-18*

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

**Was anyone else involved?**

Page 7 of 10

※ *Daniel Smyth* 10-18-18

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Is there a grievance procedure available at your institution? ☐ Yes ☐ No

Have you filed a grievance concerning the facts relating to this complaint? ☒ Yes ☐ No
    If no, explain why not:

Is the grievance process completed? ☐ Yes ☒ No
    If no, explain why not:

No I've Been Being Ignored For the past 3-years, my most Recent And Latest Grievance was Filed on 10-13-18.

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I am Requesting To Be seen immediately By A Specialist Concerning This Particular Medical problem That I've Had For The Last 3 years. I've Never Received Appropriate Medical Treatment For The Problem. I am Requesting To Be paid A Sum Of One Million Dollars plus my immediate Release From Prison.

Page 8 of 10

Daniel Lynch 10-18-18

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☒ Yes ☐ No

If yes, how many? __ONE__

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Warden Pierce for the James T. Vaughn Correctional Center was the warden in 2015 to 2017. The claim was being illegally housed and was not being protected from other prisoners who wanted to do me physical harm. That case was dismissed.

Page 9 of 10

*Daniel [signature] 10-18-18*

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

_____

_____

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

__10-18-18__              __/s/ Daniel Eyster__
Dated                                                    Plaintiff's Signature

__EYSTER  DANIEL  "RAY"__
Printed Name (Last, First, MI)

__00399640__
Prison Identification #

__1181 Paddock Road__     __Smyrna,__             __Delaware__    __19977__
Prison Address                        City                              State       Zip Code

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

※ __/s/ Daniel Eyster__  10-18-18